UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GABRIEL CHRIST,

        Plaintiff,        CIVIL ACTION NO. 06-11833
                              HON. JOHN CORBETT O'MEARA

v.

DETROIT POLICE DEPARTMENT, et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed October 05, 2006, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Plaintiff's Request for Clerk's Entry of Judgment by Default (#19) is DENIED, and Defendant Detroit Police Department's Motion to Set Aside Default (#21) is DENIED as moot.

SO ORDERED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Dated: October 27, 2006

<u>Certificate of Service</u>

    I hereby certify that the foregoing order was served upon the parties of record on October 27, 2006, by electronic and/or U.S. mail.

<u>s/William Barkholz</u>
Case Manager