UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GABRIEL CHRIST,

        Plaintiff,        CIVIL ACTION NO. 06-11833
                                     HON. JOHN CORBETT O'MEARA

v.

DETROIT POLICE DEPARTMENT, et al.,

        Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

    The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed November 21, 2006 (docket no. 33), as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.  IT IS FURTHER ORDERED that Defendant Solicitor General's Motion to Dismiss is GRANTED.

    SO ORDERED.

                                                               s/John Corbett O'Meara
                                                              United States District Judge

Dated: February 14, 2007

Certificate of Service

     I hereby certify that a copy of this order was served upon the parties of record on February 14, 2007, electronically or by U.S. Mail.

                                                                     s/William Barkholz

                                                                     Case Manager