UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GABRIEL CHRIST,

                    Plaintiff,                    CIVIL ACTION NO. 06-11833
                                                  HON. JOHN CORBETT O'MEARA
v.


DETROIT POLICE DEPARTMENT, et al.,

                    Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

        The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation,

filed May 04, 2007, as well as any objections thereto filed by the parties, and being fully advised

in the premises;

        IT IS HEREBY ORDERED that the Report and Recommendation is accepted and

adopted by this Court.

        IT IS FURTHER ORDERED that Plaintiff's Motion for Certificate of Appealability filed

on February 28, 2007 is DENIED.

        IT IS FURTHER ORDERED that Plaintiff's Motion to File "Protective" Proceedings and

Motion to Stay Proceedings filed on March 12, 2007 is DENIED.

                                        s/John Corbett O'Meara
                                        United States District Judge

Dated: July 13, 2007

<u>Certificate of Service</u>

       I hereby certify that the foregoing order was served upon the parties of record on July 13, 2007, by electronic and/or U.S. mail.

<div style="margin-left: 40%;">

<u>s/William Barkholz</u>
Case Manager

</div>