UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GABRIEL CHRIST,

                  Plaintiff,                CIVIL ACTION NO. 06-11833
                                              HON. JOHN CORBETT O'MEARA
v.


DETROIT POLICE DEPARTMENT, et al.,

                  Defendants.

_____/


ORDER ACCEPTING MAGISTRATE JUDGE MAJZOUB'S
<u>REPORT AND RECOMMENDATION</u>


       The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed May 29, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

       IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

       IT IS FURTHER ORDERED that Defendants' Motion to Dismiss filed March 19, 2007 is GRANTED.

       IT IS FURTHER ORDERED that Defendant Engler be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B), and that this action is dismissed.


                              <u>s/John Corbett O'Meara</u>
                              United States District Judge

Dated: July 13, 2007

<u>Certificate of Service</u>

I hereby certify that the foregoing order was served upon the parties of record on July 13, 2007, by electronic and/or U.S. mail.

<u>s/William Barkholz</u>
Case Manager